U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK
SEP 11 2008
FILED
SYRACUSE, NY

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

        Petitioner,

v.

TIM M. BREWSTER,

        Respondent.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

08-MISC-77

Civil Action No.

NPN/GHL

### ORDER TO SHOW CAUSE

Upon the petition herein, the exhibits attached thereto, and the Affidavit of Revenue Officer Michelle Duffek, of the Internal Revenue Service, and upon motion of Glenn T. Suddaby, United States Attorney for the Northern District of New York, it is

ORDERED, that the above-named respondent appear before this Court at the United States Courthouse, 100 S. Clinton Street, Syracuse, New York, on the 9TH day of DECEMBER, 2008, at 10:00 a.m., or as soon thereafter as counsel can be heard, to show cause why the respondent should not be compelled to obey the Internal Revenue Service Summons served upon him; and it is further

ORDERED, that a copy of this Order together with the petition, exhibits, and other attachments, be served upon the respondent by the United States Marshal, or, in the alternative, by the District Director of the Internal Revenue Service or his authorized employee, on or before OCTOBER 17,        , 2008, and it is further

ORDERED, that any answering affidavits and/or opposition memoranda by respondent or any proposed intervenor herein, shall be filed on or before NOVEMBER 18, 2008, and it further

ORDERED that any and all further pleadings or papers filed herein by petitioner (not including any arrest order) may be served upon the respondent/taxpayer in accordance with Fed. R. Civ. P. 5.

Dated: 9/11/08

_____
U.S. DISTRICT COURT JUDGE

2